**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: March 27, 2017**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:  Case No. 16-54540

Ronald Ralph Vanness
Charlene J. Vanness

    Debtors.  Chapter 13 (Judge Preston)

### ORDER GRANTING MOTION FOR APPROVAL OF SALE OF NON-RESIDENTIAL REAL ESTATE  (Doc. #34)

This matter is before the Court on the Motion of Ronald and Charlene Vanness, who request this Court's consent for the sale of the non-residential real property at 633 Harding Way West, in Galion, Ohio to James L. Toth of St. Cloud, Florida.

The sale is to be free and clear of liens, with the liens to attach in order of priority to the proceeds of sale.  The creditors holding liens are WesBanco Bank, Inc. and Crawford County.

The contract price is $35,000.00.  The amount to be paid to the trustee for distribution to the mortgage holder WesBanco Bank, Inc. is approximately $32,121.00,

following payment of settlement charges and real estate taxes to Crawford County.  There is no realtor involved in the transaction.

Based upon a review of the file, and of the now-confirmed Chapter 13 Plan which does provide for this sale, and of the Motion and Memorandum with attachments, and upon noting service of a copy of the Motion on all parties, and there being no opposition, the Court hereby approves the Motion.

WHEREFORE, debtors have the consent of this Court to sell the property and to disburse the proceeds as set forth above.  The sale shall be free and clear of liens, with the liens attaching in order of priority to the proceeds of sale.

The closing agent shall coordinate with the Chapter 13 Trustee and shall provide to the trustee a copy of the closing statement within three working days of the closing.

IT IS SO ORDERED.


Copies to Default List, plus

Chrysostomos Manolis

Wesbanco Bank, Inc.
1 Bank Plaza
Wheeling WV 26003-3565

Crawford County Treasurer
112 E Mansfield St, #102
Bucyrus OH 44820-2391


###